# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3007 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER ON REQUEST FOR HEARING |
| vs. | ) | ON RULE 35(b) MOTION |
| | ) | |
| JUAN PEDRO COLMENAREZ, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America has requested a hearing on its previously filed Rule 35(b) Motion.

IT IS ORDERED that:

1.     the Request for Hearing on Rule 35(b) Motion, filing 75, is granted;

2.     the hearing will be held on September 8, 2006, at 1:30 p.m. in Courtroom 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

3.     the U.S. Marshals are directed to have the defendant, Juan Pedro Colmenarez, present for said hearing.

Dated August 29, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge